# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE JEVON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>LUCY PEARL, et al.,<br><br>Defendants. | Case No. CV 20-5880 MWF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Second Amended Complaint, Plaintiff's application for <u>in forma pauperis</u> status, the Ninth Circuit's memorandum order, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (a) Plaintiff's IFP application is GRANTED; and (b) the third cause of action is dismissed for failure to state a claim.

1  Pursuant to Federal Rule of Civil Procedure 4, Plaintiff is directed to
2  promptly take steps to effect service of process on the defendants in the
3  action.
4
5  DATE: December 20, 2021        _____
6                                 MICHAEL W. FITZGERALD
7                                 UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28