UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-5880 MWF (MRWx)**                              Date:  March 02, 2022

Title      **Jermaine Jevon Howard v. Lucy Pearl, et al.**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Second Amended Complaint ("SAC") was filed on August 17, 2020.  (Docket No. 14).  The Mandate of the Ninth Circuit Court of Appeals ("Mandate"), reversing and remanding this action to this Court, was filed on October 12, 2021.  (Docket No. 22).  Since the filing of the Mandate, Plaintiff has not filed proofs of service of the SAC on Defendants.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **April 1, 2022**.

- BY PLAINTIFF:  PROOFS OF SERVICE of Summons and SAC on Defendants.  The Proofs of Service must reflect proper service pursuant to Federal Rules of Civil Procedure, Rule 4.

    AND/OR

- BY DEFENDANTS:  RESPONSES TO THE SAC by Defendants.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the SAC.

    OR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-5880 MWF (MRWx)**                                   Date:  March 02, 2022

Title         ***Jermaine Jevon Howard v. Lucy Pearl, et al.***

■ BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT as to properly served Defendants who have not timely responded to the SAC.

Plaintiff should review the Court's Self-Representation Order (Docket No. 29) and the docket report.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **April 1, 2022** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm