UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 20-5880-MWF(MRWx)** | Dated: **April 19, 2022** |

Title:  Jermaine Jevon Howard -v- Lucy Pearl, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

| | |
|---|---|
| PROCEEDINGS (IN CHAMBERS): | ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT |

In light of the Defaults By Clerk [59][60] entered on April 18, 2022, the Court sets a hearing for Order To Show Cause Re Default Judgment for June 6, 2022 at 11:30 a.m.  If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules.  *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

IT IS SO ORDERED.